## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IRYNA ZHYRIADA,                                  :
                                                 :
                 **Plaintiff,**                  :          **CIVIL ACTION**
        **v.**                                   :
                                                 :          **NO. 19-5703**
                                                 :
**HEALTHCARE REVENUE RECOVERY**                  :
**GROUP LLC, *et al.*,**                         :
                                                 :
                 **Defendants.**                 :

## <u>ORDER</u>

**AND NOW**, this <u>25th</u> day of October, 2021, upon consideration of the Joint Motion to Amend the Scheduling Order and Extend Defendant's Deadlines (ECF No. 15), **IT IS HEREBY ORDERED AND DECREED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that:

1. The deadline for fact discovery is extended to **November 23, 2021**;

2. Any dispositive motion(s) shall be filed by **December 17, 2021**;

3. The Trial List deadline will be scheduled for **January 2022**; and

4. All other deadlines in the Scheduling Order are extended by 60 days.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker**