IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BYFIELD | : | **CIVIL ACTION** |
| v. | : : : | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC et al | : | NO.:  18-cv-0243 |

_____

| | | |
|---|---|---|
| ZHYRIADA | : | **CIVIL ACTION** |
| v. | : : : | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC et al | : | NO.:  19-cv-5703 |

_____

## O R D E R

**AND NOW**, this **20th** day of **JULY, 2022**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Petrese B. Tucker to the calendar of the Honorable Gerald J. Pappert for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

_/s/George Wylesol_____

**GEORGE WYLESOL**
**Clerk of Court**