# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRYNA ZHYRIADA,<br><br>          *Plaintiff,*<br>  v.<br><br>HEALTHCARE REVENUE RECOVERY GROUP, LLC., et al.,<br><br>          *Defendants.* | CIVIL ACTION<br>NO. 19-5703 |

## ORDER

**AND NOW**, this 12th day of April, 2023, it is hereby **ORDERED** that **ORAL ARGUMENT** on the Motion for Summary Judgment (ECF 16) filed by Healthcare Revenue Recovery Group, LLC has been scheduled for **WEDNESDAY, APRIL 26, 2023 at 10:00 a.m.,** before the Honorable Gerald J. Pappert, in **COURTROOM 11-A**, on the Eleventh Floor, at the United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                                  BY THE COURT:


                                                  ***/s/ Gerald J. Pappert***
                                                  GERALD J. PAPPERT, J.