# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IRYNA ZHYRIADA,<br><br>                    *Plaintiff,*<br>     v.<br><br>HEALTHCARE REVENUE<br>RECOVERY GROUP, LLC., et al.,<br><br>                    *Defendants.* | CIVIL ACTION<br>NO. 19-5703 |

## ORDER

**AND NOW**, this 25th day of April, 2023, the parties shall be prepared to discuss at tomorrow's oral argument the settlement terms in <u>Zhyriada v. Palencia Medina, et al.</u> in the Philadelphia County Court of Common Pleas, including the source of any funds paid to Iryna Zhyriada, specifically whether Zhyriada was paid with monies from any other drivers' liability insurance policies.

Counsel shall explain how the settlement may affect the Court's analysis of Healthcare Revenue Recovery Group's summary judgment motion and how evidence of the settlement becomes record evidence in this case.

                                                                BY THE COURT:


                                                                ***/s/ Gerald J. Pappert***
                                                                GERALD J. PAPPERT, J.