# KALIKHMAN & RAYZ, LLC
## ATTORNEYS AND COUNSELORS AT LAW

1051 COUNTY LINE ROAD, SUITE "A"   HUNTINGDON VALLEY, PA 19006
PHONE: (215) 364-5030 ✆ FAX: (215) 364-5029

May 23, 2023

**Via E-mail Only**

Honorable Gerald J. Pappert
Chambers_of_Judge_Pappert@paed.uscourts.gov
U.S. District Court for the Eastern District of Pennsylvania
James A. Byrne United States Courthouse
11614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:** Byfield, et al. v. Healthcare Revenue Recovery Group, LLC
       Zhyriada v. Healthcare Revenue Recovery Group, LLC
       U.S. District Court for the Eastern District of Pennsylvania
       Docket Nos. 18-cv-243, 19-cv-5703

Dear Judge Pappert:

  As Your Honor may be aware, this office represents Hermine Byfield and Iryna Zhyriada (collectively, "Plaintiffs") in the above-referenced matters that were originally litigated as "related" before the Hon. Petrese B. Tucker. I write on behalf of all parties and counsel regarding the oral argument scheduled in the Byfield matter for May 25, 2023. See ECF Byfield Doc. 77.

  Byfield and Zhyriada involve similar allegations that a "dunning" letter from Healthcare Revenue Recovery Group, LLC ("Defendant") violates the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. In both cases, Defendant sought summary judgment with analogous arguments (albeit through different counsel). See ECF Byfield Doc. 57; ECF Zhyriada Doc. 16. For this reason, Your Honor's earlier disposition of Defendant's request for summary judgment in the Zhyriada matter (after oral argument on April 26, 2023) affects both cases. In Zhyriada, the Court referred the parties to Magistrate Judge Elizabeth Hey for a settlement conference. See ECF Zhyriada Doc. 35. However, no such referral exists for Byfield.

  The parties strongly believe that a joint settlement conference for Byfield and Zhyriada, before the same arbiter, would be substantially more effective than piecemeal negotiation over

Page 2 of 2

only one of the two cases. Accordingly, we ask that Your Honor also refer <u>Byfield</u> for a settlement conference with Judge Hey. Additionally, to avoid unnecessary expenditure of time and resources, the parties ask that oral argument in <u>Byfield</u> be postponed until we had an opportunity to appear before Judge Hey. The parties are well aware of the deadlines set by Your Honor in <u>Zhyriada</u> and will move expeditiously to conduct a settlement conference to avoid any rescheduling.

    If Your Honor has any questions, please do not hesitate to contact me.

                        Sincerely,

                        Arkady "Eric" Rayz, Esquire

ER/tp

cc:    All Counsel of Record
        <u>**Via E-mail Only**</u>