IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IRYNA ZHYRIADA, | : | CIVIL ACTION |
| vs. | : | NO. 19-5703 |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, et al. | : | |

**O R D E R**

**AND NOW, TO WIT:** This 12th day of June, 2023, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**GEORGE WYLESOL**, Clerk of Court

**BY:** */s/ Katie Rolon*
Katie Rolon
Civil Deputy Clerk

Copies Emailed on 6/12/23 to:
  Arkady Eric Rayz, Esq.
  Lawrence Kalikhman, Esq.
  Richard J. Perr, Esq.
  Graeme E. Hogan, Esq.
  Monica M. Littman, Esq.

Civ 2 (7/83)

41.1(b)